August 29, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

RICHARD C. FORD, Appellant

NO. 14-12-00610-CV                    V.

PREMIER INSTALLATION & DESIGN GROUP, INC. AND MORRIS E. SANFORD, III, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Premier Installation & Design Group, Inc. and Morris E. Sanford, III, signed, April 2, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**. We order appellant, Richard C. Ford, to pay all costs incurred in this appeal. We further order this decision certified below for observance.